**Rollin SANFORD, as Executor of ESTATE of Laura BROOKES, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

**Mrs. Laura BROOKES, Executrix, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE.**

Nos. 8321, 8322.

Circuit Court of Appeals, Ninth Circuit.

Sept. 8, 1936.

Perry W. Phillips, for petitioners.

Robert H. Jackson, Asst. U. S. Atty. Gen., for respondent.

Before DENMAN and MATHEWS, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, and it appearing that full settlement has been made of each of above causes, it is ordered that these causes be remanded to the Board of Tax Appeals with directions to enter decisions that there are now no deficiencies in federal income taxes for the year 1926.

**SOUTHERN SIERRAS POWER COMPANY et al., Appellants, v. IMPERIAL IRRIGATION DISTRICT et al., Appellees.**

No. 7970.

Circuit Court of Appeals, Ninth Circuit.

Nov. 2, 1936.

Hickcox & Trude, of El Centro, Cal., Henry W. Coil and D. L. King, both of Riverside, Cal., W. Coburn Cook, of Turlock, Cal., A. Heber Winder, of Riverside, Cal., and Clark, Nichols & Eltse, of Berkeley, Cal., for appellants.

Harry W. Horton and Geo. R. Kirk, both of El Centro, Cal., for appellees.

Orrick, Palmer & Dahlquist, of San Francisco, Cal., for Bondholders Protective Commission.

Before WILBUR, GARRECHT, and DENMAN, Circuit Judges.

PER CURIAM.

Upon consideration of motion of appellants to advance cause, etc., and after hearing arguments of counsel for respective parties, ordered decree of District Court reversed, and cause remanded, with instructions to District Court to dismiss the cause, and that decree be filed and entered accordingly; mandate forthwith.

**William A. SWANSON, Appellant, v. UNITED STATES of America.**

No. 10582.

Circuit Court of Appeals, Eighth Circuit.

Oct. 8, 1936.

C. J. Stattler, of St. Louis, Mo., for appellant.

Harry C. Blanton, U. S. Atty., of Sikeston, Mo., and Henry G. Morris, Asst. U. S. Atty., of St. Louis, Mo.

PER CURIAM.

Appeal dismissed under rule 38 of this court, on motion of appellee.